GEORGE W. BAKER, Appellant, v. HENRY HULL and AARON PUGSLEY, Respondents.— Judgment dismissing complaint on the merits unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.